UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, as subrogee of Curtis Henderson,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ, USA, LLC, a foreign limited liability company,<br><br>    Defendant. | No. 2:24-cv-760-JHC<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter comes before the Court on the motion of Christopher Marks, Malika Johnson, and Tanenbaum Keale, LLP seeking leave to withdraw as counsel for Defendant Mercedes-Benz USA, LLC (MBUSA), Dkt. # 10, and the Court having considered the records and files herein, it is hereby: ORDERED, ADJUDGED, AND DECREED that Christopher Marks, Malika Johnson, and Tanenbaum Keale, LLP may withdraw as counsel of record for MBUSA.  Going forward Christopher Marks of Nelson Mullins will represent MBUSA.

DATED this 16th day of January, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
Case No. 2:24-cv-760-JHC