UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROGRESSIVE CASUALTY INSURANCE )
COMPANY, as subrogee of Curtis Henderson, ) Case No.: 2:24-cv-00760-JHC
                                                                                         )
            Plaintiff,                                    )
                                                                     ) ORDER DENYING STIPULATED MOTION
           vs.                                ) TO CONTINUE CERTAIN DEADLINES
                                                                       )
MERCEDES-BENZ, USA, LLC, a foreign  )
limited liability company,                        )
                                                                       )
           Defendant.                               )

Before the Court is the parties' Stipulation to Continue Certain Deadlines Contained in the First Order Amending Scheduling Order. Dkt. # 12. To provide sufficient time to rule on motions before trial, the Court will not continue the deadline for dispositive motions and motions challenging experts in this case unless the trial date is also continued. Thus, the Court DENIES the motion. Either or both parties may move for a trial continuance.

                                                                                _/s/ John H. Chun_____
                                                                                John H. Chun
                                                                                United States District Judge