Corey A. Kozachenko, #57357
MacMillan, Scholz, and Marks, LLC
4640 S Macadam Ave, Ste 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: ckozahchenko@msmlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, as subrogee of Curtis Henderson, <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES-BENZ, USA, LLC, a foreign limited liability company, <br><br> Defendant. | Case No.: 2:24-cv-00760-JHC <br><br> STIPULATED MOTION TO DISMISS |

Plaintiff, Progressive Casualty Insurance Company, as subrogee of Curtis Henderson, by and through their counsel of record, Corey A. Kozachenko, MacMillan, Scholz & Marks, LLC and Defendant Mercedes-Benz, USA, LLC, by and through their counsel of record, Christopher Marks, Nelson Mullins LLP, agree that **all claims and causes of action** that were or might have been asserted in this case against Defendant may be **dismissed with prejudice and without award of costs to any party.**

/ / /

/ / /

/ / /

/ / /

Page 1 – STIPULATED MOTION TO DISMISS

DATED this 11th day of March, 2025.

MacMILLAN, SCHOLZ & MARKS, LLC

By: */s/Corey A. Kozachenko*
Corey A. Kozachenko, #57357
ckozachenko@msmlegal.com
of Attorneys for Plaintiff

DATED this 11th day of March, 2025.

NELSON MULLINS LLP

By: */s/Christopher Marks*
Christopher Marks, #28634
chris.marks@nelsonmullins.com
of Attorneys for Defendant

Page 2 – STIPULATED MOTION TO DISMISS

MACMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
4640 S MACADAM AVE, STE 100
PORTLAND, OREGON 97239
TELEPHONE (503) 224-2165

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, as subrogee of Curtis Henderson, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>MERCEDES-BENZ, USA, LLC, a foreign limited liability company, <br><br>　　　　　Defendant. | Case No.: 2:24-cv-00760-JHC <br><br> ORDER OF DISMISSAL |

　　　Pursuant to parties Stipulated Motion to Dismiss and the Court being fully advised in the premises,

　　　IT IS ORDERED AND ADJUDGED that the above-captioned case is dismissed with prejudice and without award of costs to any party.

　　　DATED: March 12, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　United States District Court

1 – ORDER OF DISMISSAL WITH PREJUDICE